**In re INTERESTED PARTY 1**

**and**

**In re Interested Party 2,**

**In the Matter of United States**

**v.**

**Qantas Airways Limited.**

**Misc. No. 07–567 (JDB).**

United States District Court,
District of Columbia.

Jan. 14, 2008.

Kerri L. Ruttenberg, Dewey & Leboeuf LLP, Washington, DC, for Interested Party 1.

Elizabeth G. Taylor, Zuckerman Spaeder, LLP, Washington, DC, Daniel T. Hartnett, Royal B. Martin, Martin Brown & Sullivan, Ltd., Chicago, IL, for Interested Party 2.

Brent C. Snyder, U.S. Department of Justice, Washington, DC, for United States.

### *ORDER*

JOHN D. BATES District Judge.

For the reasons stated in the memorandum opinion issued on January 9, 2008, it is hereby

**ORDERED** that the Order entered on December 21, 2007 granting the applicants'

motion to seal is **VACATED;** and it is further

**ORDERED** that this case shall be **UN-SEALED** in its entirety.